Marcus T. Hun *v.* John W. Salter. — Order affirmed, with ten dollars costs and disbursements.

George Bell, *as Executor, etc., Plaintiff, v.* Bernard Heilberger and others, *Defendants.* — Order modified by directing payment of the referee's fees and costs of two motions, to wit, twenty dollars, by the claimant, Laugenbach, and as so modified affirmed, with ten dollars costs and disbursements of appeal.

L. D. Alexander and another, *Respondents, v.* The Chesapeake and Ohio Railway Company and others, *Appellants.* — Order modified by directing the payment of the costs of trial, to wit, fifteen dollars for preparing for trial, thirty dollars for trial and ten dollars costs of opposing motion, and directing that the bonds be either deposited in the court or that they remain, pending the action, on deposit in the Central Trust Company, and as so modified affirmed, with costs of the appeal.

Henry Kroeger and others, *Appellants, v.* Charles M. Maxwell, *Respondent.* — Order affirmed, with ten dollars costs and disbursements.

The Irving National Bank of New York, *Appellant, v.* Jay L. Adams, *Respondent.* — Order affirmed, with ten dollars costs and disbursements.

Agnes R. Boucicault, *Respondent v.* Dion Boucicault, *Appellant.* — Order modified, as directed in opinion. Opinion *Per Curiam.* Order to be settled by Daniels, J.

The Royal Baking Powder Company, *Respondent, v.* George Sherrill and others, *Appellants.* — Judgment affirmed. Opinion *Per Curiam.*

Peter Van Zandt Lane *v.* Jedediah R. Haywood. — Order affirmed, with ten dollars costs and disbursements.

Margaret Coffey, *Respondent, v.* George W. Crossman and another, *Appellants.* Order affirmed, with ten dollars costs and disbursements.

Andrew Stewart, *v.* Isaac Van Winkle. — Order affirmed, without costs. Opinion *Per Curiam.*

Evaristo Llorens, *Appellant, v.* Jacinto Costa and others, *Respondents.* — Order affirmed, with ten dollars costs and disbursements.

Trenor W. Park, *Respondent, v.* Milo C. Huling, *Appellant.* — Order affirmed, with ten dollars costs and disbursements.

Mary Stacom, *Respondent, v.* Freelove Moon, *Appellant.* — Order reversed and place of trial changed. Opinion *Per Curiam.*

Silas C. Evans and Thomas P. Ball, *Respondents, v.* The Bolivia Ice and Lumber Company, *Appellant.* — Judgment affirmed.

William M. Wilson and another, *Appellants, v.* Ann Maria Deen, *Respondent.* — Judgment modified by striking out the words "to the relief sought in this suit, nor"— and as modified affirmed, without costs to either party.